UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
KATY TOPRANI,

                Plaintiff,

   -against-                         **ORDER**
                                   12-CV-5003 (SJF)(ETB)

BANK OF AMERICA CORP.,

                Defendant.
------------------------------------------------------X
FEUERSTEIN, District Judge:

        On October 9, 2012, pro se plaintiff Katy Toprani ("plaintiff") commenced this action against her former employer, Bank of America Corp. ("defendant"), pursuant to Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e-2000e-17 ("Title VII") and the Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112-12117 (the "ADA"), alleging that defendant discriminated against her on the basis of her sex and disability. Accompanying the complaint is an application to proceed in forma pauperis.

        Upon review of plaintiff's declaration in support of her application to proceed in forma pauperis, plaintiff's financial status qualifies her to commence this action without prepayment of the filing fees. See 28 U.S.C. § 1915(a)(1). Accordingly, plaintiff's application to proceed in forma pauperis is GRANTED. The Clerk of Court is directed to forward copies of the summons, complaint and this Order to the United States Marshals Service for service upon defendant without prepayment of fees, and to mail a copy of this Order to plaintiff at her last known address.

**SO ORDERED.**                                  s/ Sandra J. Feuerstein
                                                      Sandra J. Feuerstein
                                                      United States District Judge

Dated: October 10, 2012
       Central Islip, New York